IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA ROSSINGTON, et al., | No. 2:23-CV-0423-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| MOUNTAIN CIRCLE FAMILY SERVICES, INC., et al., | |
| Defendants. | |

     Plaintiffs, who are proceeding pro se, bring this civil action. Pending before the Court are Defendant Berry's motion to strike, ECF No. 36, and Plaintiffs' motion to remand, ECF No. 38. Both motions are set for hearing before the undersigned in Redding, California, on June 7, 2023, at 10:00 a.m. Also before the Court is Defendants' motion to dismiss, ECF No. 45, which has been re-noticed for hearing before the undersigned in Redding, California, on June 21, 2023, at 10:00 a.m. On the Court's own motion, the June 7, 2023, hearing on Defendant Berry's motion to strike and Plaintiffs' motion to remand is continued to June 21, 2023, at 10:00 a.m., before the undersigned in Redding, California. The parties' requests for remote appearances,

/ / /

/ / /

/ / /

1

1 | ECF Nos. 42 and 43, are construed to seek remote appearances on June 21, 2023, and will be
2 | addressed separately in advance of that hearing.
3 |         IT IS SO ORDERED.

Dated: May 17, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE