IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNA ROSSINGTON, et al., | No. 2:23-CV-0423-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| MOUNTAIN CIRCLE FAMILY SERVICES, INC., et al., | |
| Defendants. | |

Plaintiffs, who are proceeding pro se, brought this civil action. On September 7, 2023, the Court directed that judgement pursuant to Plaintiffs' request for voluntary dismissal filed on April 10, 2023, be entered nunc pro tunc to April 10, 2023. See ECF No. 64. In the September 7, 2023, order, the Court also set a schedule for briefing on Defendant Berry's request for expenses and costs. See id.

Pending before the Court in this closed case are: (1) Plaintiffs' motion to alter or amend the September 7, 2023, order, ECF No. 66; and (2) Defendant Berry's motion for attorney's fees and costs, ECF No. 69. Plaintiffs' motion is set for hearing before the undersigned on November 1, 2023. Defendant Berry's motion is set for hearing before the undersigned on December 13, 2023.

/ / /

1

Except for a reply to Plaintiffs' opposition to Defendant Berry's motion for fees and costs, both motions are briefed. On the Court's own motion, the hearing on Defendant Berry's motion for fees and costs will be advanced to November 1, 2023.

The Court will also grant the parties' pending requests for remote appearance on November 1, 2023, for argument on both pending motions. The matter will be set for a remote hearing via Zoom, with any Plaintiff also permitted the option of appearing by teleconference.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The hearing on Defendant Berry's motion for attorney's fees and costs is AVANCED to November 1, 2023, before the undersigned at 10:00 a.m., and the December 13, 2023, hearing date on such motion is VACATED.

2. Any reply to Plaintiffs' opposition to Defendant' Berry's motion for attorney's fees and costs shall be filed on or before October 30, 2023.

3. The parties' requests for remote appearance, ECF Nos. 74 and 75, are GRANTED.

4. The hearing will be conducted via Zoom and the Court will provide all parties connection information separately, such connection information sent to Plaintiffs at the email addresses shown on their request for remote appearance.

5. Any Plaintiff unable to participate via Zoom may appear telephonically by dialing 877-336-1274 and entering access code 5444373.

Dated: October 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2